UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DR. FRANK C. BEMIS & ASSOCIATES, CHIROPRACTORS, S.C.**, an Illinois service Corporation, individually and as the representative of a class of similarly situated persons,

    **Plaintiff,**

v.                                       No. 15-cv-01336-DRH

**AM MED DIABETIC SUPPLIES, CONNECTCOM, LLC. And JOHN DOES 1-12.**,

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for purposes of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed on August 25, 2016, this case is **DISMISSED**: The plaintiff's individual claims are dismissed with prejudice. The claims of the putative

class members are dismissed without prejudice. Each party to pay its own costs.

**JUSTINE FLANAGAN,
CLERK OF COURT**

BY:    */s/Caitlin Fischer*
       **Deputy Clerk**

Dated: August 26, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.08.26
14:43:52 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT